1  LAWRENCE BREWSTER
   Regional Solicitor
2  DAVID M. KAHN
   Counsel for ESA Programs
3  **NORMAN E. GARCIA**
   Trial Attorney
4  California State Bar Number 215626
   United States Department of Labor
5  Office of the Solicitor
   90 Seventh Street, Suite 3700
6  San Francisco, California 94103
   Telephone: (415) 625-7747
7  Facsimile: (415) 625-7772
   email: garcia.norman@dol.gov
8
   Attorneys for Plaintiff, Elaine L. Chao, Secretary
9  United States Department of Labor

10                UNITED STATES DISTRICT COURT FOR THE

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 ELAINE L. CHAO, Secretary of Labor, United ) Case No.: C 07 4063 BZ
   States Department of Labor,                )
14                                             ) EXHIBIT A TO COMPLAINT FOR
              Plaintiff,                       ) VIOLATIONS OF THE FAIR LABOR
15                                             ) STANDARDS ACT
       v.                                      )
16                                             )
   MICHAEL POLITO, an individual dba TRI      )
17 VALLEY CONSTRUCTION COMPANY and TRI)
   VALLEY CONSTRUCTION COMPANY,               )
18 INCORPORATED, a corporation,                )
                                               )
19            Defendants.                      )

20

21

22

23

24

25

*Exhibit A to Complaint for Violations of the FLSA*     1

## Exhibit A

| Name | | | Name | |
|---|---|---|---|---|
| Adams, Dustin | | | Herrera, Sal | |
| Aguayo, Vidal | | | Ilyin, Alex | |
| Aguilera, Jesus | | | Jaime, J David Reyes | |
| Aguilera, Luis | | | Johnson, Steve | |
| Alcaraz, Dario | | | Krause, Timothy | |
| Ard, Greg | | | Lopez, Raul | |
| Arias, Juan | | | Luevano, Jason | |
| Austin, Clyde | | | Macklin, Jeffrey | |
| Bell, Fred | | | MacPherson, Kelly | |
| Blevins, Anson | | | Martinez, Daniel | |
| Bonansea, Paul | | | Martinez, Francisco Jr | |
| Bustillos, Lenny | | | Martinez, Gustavo | |
| Cardoso, Jose | | | Martinez, Jimmy | |
| Castro, Efrain | | | McDonald, Mark | |
| Ceron, Inocencio | | | Murillo, Rigoberto | |
| Ceron, Jonathan | | | Perez, Jose | |
| Cretser, Cheryl | | | Perez, Julio | |
| Crockett, Robert | | | Perez, Monserrate | |
| Davis, Steve | | | Peterson, Joe | |
| Day, Sterling | | | Powell, Jon | |
| DiGiallonardo, Sam | | | Richardson, Teddy | |
| Eicher, Rich | | | Roque, Francis | |
| Everett, Charles | | | Segars, Chester | |
| Figueroa, Jose | | | Shepherd, Brian | |
| Garcia, John | | | Shinall, Michael | |
| Gudino, Pedro | | | Terrazas, Jose | |
| Guerrero, Joe | | | Thompson, Chris | |
| Gyorfi, Wayne | | | Trujillo, Fernando | |
| Hargraves, Kerry | | | Ultreras, Carlos | |
| Hernandez, Carlos | | | Viles, Matthew | |
| Hernandez, Javier | | | Villasenor, Juan | |
| Hernandez, Miguel A | | | Wilber, Wallace | |
| Hernandez, Miguel P | | | Wilson, Christopher | |