LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for ESA Programs
**NORMAN E. GARCIA**
Trial Attorney
California State Bar Number 215626
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3700
San Francisco, California 94103
Telephone: (415) 625-7747
Facsimile: (415) 625-7772
email: garcia.norman@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation, <br><br> Defendants. | Case No.: C 07-4063 BZ <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

///

---

Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge. Chao v. Michael Polito et al., Case No. C 07-4063 BZ

1

1  this case to a United States Judge.  This request for reassignment will be served along with the
2  complaint.
3
4  Dated:  August 14, 2007
5
        JONATHAN L. SNARE
        Acting Solicitor of Labor
6
        LAWRENCE BREWSTER
7          Regional Solicitor
8          DAVID M. KAHN
        Counsel for ESA Programs
9
        By: _____
10         NORMAN E. GARCIA
        Trial Attorney
11
        UNITED STATES
12         DEPARTMENT OF LABOR
        Attorneys for the Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25