1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4    Elaine Chao,

5

6
Plaintiff(s).                              No. C-07-4063-BZ

7
v.                                          NOTICE OF IMPENDING
REASSIGNMENT TO A UNITED

8    Michael Polito, et al.                  STATES DISTRICT COURT JUDGE

9
Defendant(s).

10 _____/

11

12        The Clerk of this Court will now randomly reassign this case to a United States

13 District Judge because either:

14        (1)    One or more of the parties has requested reassignment to a United States

15 District Judge or has not consented to the jurisdiction of a United States Magistrate Judge,

16 or,

17

18        (2)    One or more of the parties has sought a kind of judicial action (e.g., a

temporary restraining order) that a United States Magistrate Judge may not take without the

19
consent of all parties, the necessary consents have not been secured, and time is of the

20 essence.

21

22        The Case Management Conference set for **December 10, 2007** at **4:00 p.m.** is

hereby **VACATED**.

23

24

Dated:  August 15, 2007

25

26                                              Richard W. Wieking, Clerk
United States District Court

27

28                                               T. De Martini
Deputy Clerk

reassign.DCT