**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ELAINE L. CHAO,                              No. C 07-04063 CRB

12              Plaintiff,                       **Clerk's Notice**

13      v.

14  MICHAEL POLITO,

15              Defendant.
    _____/

16

17  YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for

18  Friday, December 14, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial
    scheduling order shall remain the same.

19

20  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

21  San Francisco, CA  94102.

22
    Dated: August 22, 2007                      FOR THE COURT,
23
                                                Richard W. Wieking, Clerk
24
                                                By:_____
25
                                                   Barbara Espinoza
26                                                 Courtroom Deputy

27

28