LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for ESA Programs
**NORMAN E. GARCIA**
Trial Attorney
California State Bar Number 215626
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7747
Facsimile: (415) 625-7772
email: garcia.norman@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, ) ) | Case No.: C 07-4063 CRB BZ |
| Plaintiff, ) ) ) | **CERTIFICATE OF SERVICE FOR THE COURT'S STANDING ORDERS AND OTHER RELATED DOCUMENTS** |
| v. ) ) | |
| MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation, ) ) ) ) ) ) | |
| Defendants. ) | |

I, the undersigned declarant, hereby say:

1.    I am over the age of 18 years and am not a party to this litigation.

2.    I am employed in the Office of the Solicitor, attorneys of record herein for the U.S. Department of Labor, at whose direction the service referred to herein was effected.

Certificate of Service

3.  On the date of execution of this Declaration, I caused to be served on each other party to this litigation a true and correct copy of the following:

A.  Reassignment Order From A Magistrate Judge To The Honorable Charles R. Breyer Dated August 15, 2007;

B.  Clerk's Notice Of The Initial Case Management Conference For Judge Breyer Scheduled For December 14, 2007, Dated August 22, 2007; and

C.  The Standing Orders For Judge Breyer Filed In This Case On August 22, 2007;

by depositing in a U.S. Postal Service mailbox located in San Francisco, California, a copy thereof in a sealed, postage-paid envelope addressed to:

William Thomson, Esq.
1222 Stealth Street,
Livermore, California  94551

I declare, under penalty of perjury, that this Declaration is true and correct and that it was executed on August 24, 2007, San Francisco, California.

DOLORES R. KUZNIAR
Legal Assistant