1  LAWRENCE BREWSTER
   Regional Solicitor
2  DAVID M. KAHN
   Counsel for ESA Programs
3  **NORMAN E. GARCIA**
   Trial Attorney
4  California State Bar Number 215626
   United States Department of Labor
5  Office of the Solicitor
   90 Seventh Street, Suite 3-700
6  San Francisco, California 94103
   Telephone: (415) 625-7747
7  Facsimile: (415) 625-7772
   email: garcia.norman@dol.gov
8
   Attorneys for Plaintiff, Elaine L. Chao, Secretary
9  United States Department of Labor

10               UNITED STATES DISTRICT COURT FOR THE

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  ELAINE L. CHAO, Secretary of Labor,    ) Case No.: C 07-4063 CRB BZ
    United States Department of Labor,     )
14                                         ) **MOTION TO CONTINUE INITIAL**
                  Plaintiff,               ) **CASE MANAGEMENT**
15                                         ) **CONFERENCE BECAUSE OF**
                                           ) **PREVIOUSLY SCHEDULED**
16              v.                         ) **TRIAL**
                                           )
17  MICHAEL POLITO, an individual dba      )
    TRI VALLEY CONSTRUCTION                )
18  COMPANY                                )
    and TRI VALLEY CONSTRUCTION            )
19  COMPANY, INCORPORATED, a               )
    corporation,                           )
20                                         )
                  Defendants.
21

22       On August 22, 2007, this Court scheduled the initial case management conference

23  for Friday, December 14, 2007, at 8:30 a.m. Pursuant to Rule 7b of the Federal Rules of

24  Civil Procedure and Civil Local Rule 7-11, Plaintiff, ELAINE CHAO, Secretary of

25  Labor, United States Department of Labor (the "Secretary"), respectfully requests that

1  this Court continue the initial case management conference scheduled for Friday,
2  December 14, 2007, at 8:30 a.m. to Friday, January 18, 2008, at 8:30 a.m. on the grounds
3  that Plaintiff's counsel has a trial scheduled for December 10 - 14, 2007, with the
4  Honorable Anne Torkington, Office of Administrative Law Judges, United States
5  Department of Labor, in Fresno, California, and that he has mandatory use or lose annual
   leave scheduled for December 17, 2007 to January 4, 2008.
6
         Pursuant to Civil Local Rule 7-12, Plaintiff is attaching a joint stipulation by
7
   Counsel wherein the parties stipulated to reschedule the initial case management
8  conference from Friday, December 14, 2007, to January 18, 2008.
9

10 Dated:  October 4, 2007
11
                                            JONATHAN L. SNARE
12                                          Acting Solicitor of Labor

13                                          LAWRENCE BREWSTER
                                            Regional Solicitor
14
                                            DAVID M. KAHN
15                                          Counsel for ESA Programs

16                                          By: /s/ Norman E. Garcia
                                                NORMAN E. GARCIA
17                                              Trial Attorney

18                                          UNITED STATES
                                            DEPARTMENT OF LABOR
19                                          Attorneys for the Plaintiff

20
21
22
23
24
25