LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for ESA Programs
**NORMAN E. GARCIA**
Trial Attorney
California State Bar Number 215626
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7747
Facsimile: (415) 625-7772
email: garcia.norman@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY<br>and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation,<br><br>Defendants. | Case No.: C 07-4063 CRB BZ<br><br>**STIPULATION BY THE PARTIES TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE FROM DECEMBER 14, 2007 TO JANUARY 18, 2008 BECAUSE OF PREVIOUSLY SCHEDULED TRIAL** |

On August 22, 2007, this Court scheduled the initial case management conference for Friday, December 14, 2007, at 8:30 a.m. Pursuant to Civil Local Rule 7-12, Plaintiff ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, (the "Secretary"), and Defendants MICHAEL POLITO dba TRI VALLEY

CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, through counsel, hereby agree to stipulate to the following:

1. Plaintiff filed a motion to continue the initial case management conference set for Friday, December 14, 2007, at 8:30 a.m. to Friday, January 18, 2008, at 8:30 a.m. because of a previous scheduled trial with the Honorable Anne Torkington, Office of Administrative Law Judges, United States Department of Labor, in Fresno, California, and that he has mandatory use or lose annual leave scheduled for December 17, 2007 to January 4, 2008.

2. The parties agree to reschedule the initial case management conference from Friday, December 14, 2007, at 8:30 a.m. to Friday, January 18, 2008, at 8:30 a.m.

**SO STIPULATED:**

Dated: 10/4/07                                             Dated: 9/19/07

JONATHAN L. SNARE                              By: _____
Acting Solicitor of Labor                              WILLIAM D. THOMSON

LAWRENCE BREWSTER                          1222 Stealth Street
Regional Solicitor                                        Livermore, California, 94551
                                                                   Tel. (925) 606-6725
DAVID M. KAHN                                        Fax (925) 447-1078
Counsel for ESA Programs
                                                                   Attorney for Defendants
By: _____
    NORMAN E. GARCIA
    Trial Attorney

UNITED STATES
DEPARTMENT OF LABOR
Attorneys for the Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____     _____
                                                            Charles R. Breyer
                                                            United States District Judge