LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for ESA Programs
**NORMAN E. GARCIA**
Trial Attorney
California State Bar Number 215626
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7747
Facsimile: (415) 625-7772
email: garcia.norman@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation, <br><br>　　　　　Defendants. | Case No.: C 07-4063 CRB BZ <br><br> **MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE BECAUSE OF PREVIOUSLY SCHEDULED TRIAL** |

On August 22, 2007, this Court scheduled the initial case management conference for Friday, December 14, 2007, at 8:30 a.m. Pursuant to Rule 7b of the Federal Rules of Civil Procedure and Civil Local Rule 7-11, Plaintiff, ELAINE CHAO, Secretary of Labor, United States Department of Labor (the "Secretary"), respectfully requests that

this Court continue the initial case management conference scheduled for Friday, December 14, 2007, at 8:30 a.m. to Friday, January 18, 2008, at 8:30 a.m. on the grounds that Plaintiff's counsel has a trial scheduled for December 10 - 14, 2007, with the Honorable Anne Torkington, Office of Administrative Law Judges, United States Department of Labor, in Fresno, California, and that he has mandatory use or lose annual leave scheduled for December 17, 2007 to January 4, 2008.

Pursuant to Civil Local Rule 7-12, Plaintiff is attaching a joint stipulation by Counsel wherein the parties stipulated to reschedule the initial case management conference from Friday, December 14, 2007, to January 18, 2008.

Dated: October 4, 2007

JONATHAN L. SNARE
Acting Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID M. KAHN
Counsel for ESA Programs

By: /s/ Norman E. Garcia
NORMAN E. GARCIA
Trial Attorney

UNITED STATES
DEPARTMENT OF LABOR
Attorneys for the Plaintiff



IT IS SO ORDERED
Judge Charles R. Breyer

October 5, 2007

Motion To Continue Initial Case Management Conference Because Of Previously Scheduled Trial
Chao v. Michael Polito et al.,          Case No. C 07-4063 CRB BZ          2