William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California 94551
Tel: (925) 606-6725
Fax: (925) 447-1078

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC. et al.<br><br>Defendant. | Case No. C07-4063 CRB BZ<br><br>**ANSWER TO COMPLAINT** |

In responding to paragraph 1, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on this basis denies each and every allegation contained therein.

In responding to paragraph 2, Defendant admits that jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of the Act 29 USC §§216(c) and 217 and 28 USC §§1331 and 1345.

In responding to paragraph 3, Defendant admits that venue is appropriate in the Northern District of California pursuant to 28 USC §§1391(b).

In responding to paragraph 4(a), Defendant admits that Michael Polito is an individual that was doing business as Tri Valley Construction Company in Livermore, California. Defendant further admits that the sole proprietorship was engaged in the operation of providing construction services involving the employees listed by name in Exhibit "A" of the complaint.

In responding to paragraph 4(b), Defendant denies that at all times referenced in the complaint Tri Valley Construction Company, Incorporated was a corporation. Articles of Incorporation were filed in May of 2006, and the corporation did not commence operations until January 1, 2007. Defendant admits that the corporation is engaged in the operation of providing construction services and related types of activities. In responding to the remaining allegations in said paragraph, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on this basis denies each and every allegation contained therein.

In responding to paragraph 5, Defendant admits that it has employed employees in the State of California. Defendant is without sufficient knowledge or information to form a belief as to whether the employees produced, handled or worked on goods, a substantial portion of which was shipped, delivered, distributed, transmitted or sold to or from places outside the State of California. All work performed by Defendant was performed in the State of California. The large majority of materials purchased by Defendant were purchased in the State of California. Defendant is without sufficient knowledge or information to form a belief as to the manufacturing source of a number of products purchased by Defendant.

In responding to paragraph 6, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and on this basis deny each and every allegation contained therein.

In responding to paragraph 7, Defendant admits that Tri Valley Construction Company has had annual gross volume of sales of more than $500,000.00. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph and on this basis denies each and every remaining allegation contained therein.

In responding to paragraph 8, Defendant admits that some employees were not paid overtime for work weeks longer than 40 hours at the rate of not less than 1.5 times the regular rate at which they were employed. Defendant contends that the amounts requested by Plaintiff are excessive and are not supported by the records and evidence.

In responding to paragraph 10, Defendant denies the allegations contained in said paragraph.

In responding to paragraph 11, Defendant denies the allegations contained in said paragraph.

WHEREFORE, Defendant prays for judgment in its favor, for costs of suit incurred herein, and for such other and further relief as the court may deem appropriate.

William D. Thomson
Attorney for Defendant

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is 1222 Stealth Street, Livermore, California, which is located in the county where the service described took place.

On October 15, 2007, at my place of business at 1222 Stealth Street, Livermore, California, I caused to be served the following document(s):

*Answer to Complaint*

in the manner indicated below on the following parties:

> *Norman E. Garcia, Esq.*
> *U.S Department of Labor*
> *90 7th Street, Suite 3-700*
> *San Francisco, CA 94103*

☐ **BY POSTING:** I caused a copy of the foregoing to be affixed to the property, in plain view, at the address shown during normal business hours; AND

☑ **BY MAIL:** I caused the foregoing document(s) to be placed for deposit in the United States Postal Service in a sealed envelope, with postage prepaid, addressed as shown hereinabove, which envelope was placed for deposit in the United States Postal Service, with postage fully prepaid, for collection and mailing on that date following ordinary business practices. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **BY PERSONAL DELIVERY:** I caused the foregoing document(s) to be delivered by hand to the addressee(s) shown hereinabove.

☐ **BY FACSIMILE:** By use of the facsimile machine, I served a copy of the foregoing document(s) on the parties at the facsimile numbers shown hereinabove.

☐ **BY OVERNIGHT DELIVERY:** I caused the foregoing document(s) to be placed in an envelope addressed as shown hereinabove for collection by an agent authorized by AIRBORNE EXPRESS to collect documents for processing for overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Livermore, California, this 15th day of October, 2007.

_____
Lisa Ouimette