William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California 94551
Tel: (925) 606-6725
Fax: (925) 447-1078

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC. et al.<br><br>                Defendant. | Case No. C07-4063 CRB BZ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 2, 2007

William D. Thomson
Attorney for Defendant

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is 1222 Stealth Street, Livermore, California, which is located in the county where the service described took place.

On November 2, 2007, at my place of business at 1222 Stealth Street, Livermore, California, I caused to be served the following document(s):

### CERTIFICATION OF INTERESTED ENTITIES
### OR PERSONS PURSUANT TO LOCAL RULE 3-16

in the manner indicated below on the following parties:

> *Norman E. Garcia, Esq.*
> *U.S Department of Labor*
> *90 7th Street, Suite 3-700*
> *San Francisco, CA 94103*

☐ **BY POSTING**: I caused a copy of the foregoing to be affixed to the property, in plain view, at the address shown during normal business hours; AND

☑ **BY MAIL:** I caused the foregoing document(s) to be placed for deposit in the United States Postal Service in a sealed envelope, with postage prepaid, addressed as shown hereinabove, which envelope was placed for deposit in the United States Postal Service, with postage fully prepaid, for collection and mailing on that date following ordinary business practices. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **BY PERSONAL DELIVERY**: I caused the foregoing document(s) to be delivered by hand to the addressee(s) shown hereinabove.

☐ **BY FACSIMILE**: By use of the facsimile machine, I served a copy of the foregoing document(s) on the parties at the facsimile numbers shown hereinabove.

☐ **BY OVERNIGHT DELIVERY**: I caused the foregoing document(s) to be placed in an envelope addressed as shown hereinabove for collection by an agent authorized by AIRBORNE EXPRESS to collect documents for processing for overnight delivery.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Livermore, California, this 2d day of November, 2007.

Lisa Ouimette