LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for ESA Programs
**NORMAN E. GARCIA**
Trial Attorney
California State Bar Number 215626
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7747
Facsimile: (415) 625-7772
email: garcia.norman@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation,<br><br>Defendants. | Case No.: C 07-4063 CRB BZ<br><br>**ADR CERTIFICATION BY PLAINTIFF AND HIS COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b) each of the undersigned certifies that he has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/16/07

JONATHAN L. SNARE
Acting Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID M. KAHN
Counsel for ESA Programs

By: Norman E Garcia
NORMAN E. GARCIA
Trial Attorney

United States Department Of Labor
Attorneys for the Plaintiff

Dated: 11/15/2007

By: 
JOHN M. GLYDER
District Director,
Wage and Hour Division
United States Department of Labor
90 Seventh Street, Suite;18-300
San Francisco, California, 94103