1  LAWRENCE BREWSTER
   Regional Solicitor
2  DAVID M. KAHN
   Counsel for ESA Programs
3  **NORMAN E. GARCIA**
   Trial Attorney
4  California State Bar Number 215626
   United States Department of Labor
5  Office of the Solicitor
   90 Seventh Street, Suite 3-700
6  San Francisco, California 94103
   Telephone: (415) 625-7747
7  Facsimile: (415) 625-7772
   email: garcia.norman@dol.gov
8
   Attorneys for Plaintiff, Elaine L. Chao, Secretary
9  United States Department of Labor

10               UNITED STATES DISTRICT COURT FOR THE

11               NORTHERN DISTRICT OF CALIFORNIA

12

13  ELAINE L. CHAO, Secretary of Labor,    )  Case No.:  C 07-4063 CRB BZ
    United States Department of Labor,     )
14                                         )
                                           )  **CERTIFICATE OF SERVICE FOR**
          Plaintiff,                       )  **ADR CERTIFICATION BY**
15                                         )  **PLAINTIFF AND HIS COUNSEL**
                                           )
16        v.                               )
                                           )
17  MICHAEL POLITO, an individual dba      )
    TRI VALLEY CONSTRUCTION               )
18  COMPANY                                )
    and TRI VALLEY CONSTRUCTION           )
19  COMPANY, INCORPORATED, a              )
    corporation,                          )
20                                         )
          Defendants.
21  _____

22        I, the undersigned declarant, hereby say:

23  1.    I am over the age of 18 years and am not a party to this litigation.

24  2.    I am employed in the Office of the Solicitor, attorneys of record herein for the

25        U.S. Department of Labor, at whose direction the service referred to herein was

          effected.

3.    On the date of execution of this Declaration, I caused to be served on each other party to this litigation a true and correct copy of the following:

A.    **ADR CERTIFICATION BY PLAINTIFF AND HIS COUNSEL.**

by depositing in a U.S. Postal Service mailbox located in San Francisco, California, a copy thereof in a sealed, postage-paid envelope addressed to:

William Thomson, Esq.
1222 Stealth Street,
Livermore, California 94551

I declare, under penalty of perjury, that this Declaration is true and correct and that it was executed on November 16, 2007, San Francisco, California.

Stephanie Stacey
Legal Assistant