1  LAWRENCE BREWSTER
   Regional Solicitor
2  DAVID M. KAHN
   Counsel for ESA Programs
3  **NORMAN E. GARCIA**
   Trial Attorney
4  California State Bar Number 215626
   United States Department of Labor
5  Office of the Solicitor
   90 Seventh Street, Suite 3700
6  San Francisco, California 94103
   Telephone: (415) 625-7747
7  Facsimile: (415) 625-7772
   email: garcia.norman@dol.gov
8
   Attorneys for Plaintiff, Elaine L. Chao, Secretary
9  United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation,<br><br>　　　　Defendants. | Case No.: C 07-4063 CRB BZ<br><br>**PARTIES JOINT NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE** |

Now Come Plaintiff, **ELAINE L. CHAO**, Secretary of Labor, United States Department of Labor ("the Secretary"), and Defendants, **MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY** and **TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation** (collectively "Defendants"), and pursuant to the Court's August 8, 2007, and August 22, 2007, Orders

1  and Civil Local Rule 16.8(c)(2), the parties jointly identify the need for an ADR
2  telephone conference because they believe that an early settlement conference with a
3  Magistrate Judge is appreciably more likely to meet their needs than any other form of
4  ADR.
5  Dated: 11/16/07                                  Dated: 11/16/07
6
   JONATHAN L. SNARE                                By: _____
7  Acting Solicitor of Labor                             WILLIAM D. THOMSON

8  LAWRENCE BREWSTER                                1222 Stealth Street
   Regional Solicitor                               Livermore, California, 94551
                                                    Tel. (925) 606-6725
9  DAVID M. KAHN                                    Fax (925) 447-1078
   Counsel for ESA Programs
10                                                  Attorney for Defendants
11 By: _____
       NORMAN E. GARCIA
12     Trial Attorney

13 UNITED STATES
   DEPARTMENT OF LABOR
14 Attorneys for the Secretary

15
16
17
18
19
20
21
22
23
24
25