LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for ESA Programs
**NORMAN E. GARCIA**
Trial Attorney
California State Bar Number 215626
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7747
Facsimile: (415) 625-7772
email: garcia.norman@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation,<br><br>Defendants. | Case No.: C 07-4063 CRB BZ<br><br>**CERTIFICATE OF SERVICE FOR JOINT CASE MANAGEMENT STATEMENT** |

I, the undersigned declarant, hereby say:

1. I am over the age of 18 years and am not a party to this litigation.

2. I am employed in the Office of the Solicitor, attorneys of record herein for the U.S. Department of Labor, at whose direction the service referred to herein was effected.

1  3. On the date of execution of this Declaration, I caused to be served on each other
2     party to this litigation a true and correct copy of the following:

3     A.   **JOINT CASE MANAGEMENT STATEMENT.**
4
5  by depositing in a U.S. Postal Service mailbox located in San Francisco, California, a
6  copy thereof in a sealed, postage-paid envelope addressed to:
7  William Thomson, Esq.
   1222 Stealth Street,
8  Livermore, California  94551

9  I declare, under penalty of perjury, that this Declaration is true and correct and that it was
10 executed on November 20, 2007, San Francisco, California.
11
12             *Stephanie Stacey* (signature)
               Stephanie Stacey
13             Legal Assistant
14
15
16
17
18
19
20
21
22
23
24
25

Certificate Of Service For Joint Case Management Statement
Chao v. Michael Polito *et al.*,                    Case No. C 07-4063 CRB BZ                    2