1 | William D. Thomson, #104968
Attorney at Law
2 | 1222 Stealth Street
Livermore, California 94551
3 | Tel: (925) 606-6725
Fax: (925) 447-1078
4 |
5 | Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | Case No. C07-4063 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANTS AT INITIAL CMC** |
| vs. | |
| MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC. et al. | |
| Defendant. | |

ELAINE CHAO, Secretary of Labor, United States Department of Labor, and MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC., through counsel, hereby agree to stipulate to the following:

1. The office of Defendants' counsel, William D. Thomson, is located in Livermore, California. It is in the economic interest of Defendants that William D. Thomson be allowed to appear telephonically at the Initial Case Management Conference on January 18, 2008.

///

///

2.  The parties agree that Defendants' counsel, William D. Thomson, is allowed to appear by telephone at the Initial Case Management Conference set for January 18, 2008 at 8:30 a.m.

**SO STIPULATED:**

Dated:  January 10, 2008

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID KAHN
Counsel for ESA Programs

By: *Norm Garcia*
NORMAN E. GARCIA
Trial Attorney

UNITED STATES DEPARTMENT OF LABOR
Attorneys for Plaintiff

Dated:  January 10, 2008

By: *[signature]*
William D. Thomson
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 14, 2008

Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

*Stipulation and Order for Telephonic Appearance*