**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 17, 2008**

**C-07-06411** **CRB**

**WALTER B. HOYE, II** v. **CITY OF OAKLAND**

Attorneys:      Michael Millen             Vickie Laden

Deputy Clerk: **BARBARA ESPINOZA**          Reporter:  **Lydia Zinn**

**PROCEEDINGS:**                                                                                  **RULING:**

1.  Status Conference

2.  

3.  

**ORDERED AFTER HEARING:**

 Upon passage of ordinance parties are to meet and confer as to attorneys' fees.  Counsel to advise the court by letter after ordinance is enacted or simply dismiss the complaint

( ) ORDER TO BE PREPARED BY:    Plntf ____  Deft ____  Court ____

( ) Referred to Magistrate Judge For: ____

( ) CASE CONTINUED TO ____    for ____

Discovery Cut-Off ____        Expert Discovery Cut-Off ____

Plntf to Name Experts by ____    Deft to Name Experts by ____

P/T Conference Date ____  Trial Date ____  Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: ____