**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 18, 2008**

**C-07-06411 CRB**

## WALTER B. HOYE, II  v.  CITY OF OAKLAND

Attorneys:     Barbara Matthews                William Thomson


Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Not Reported**

**PROCEEDINGS:**                                                                     **RULING:**

1.  Initial Case Management Conference    -    Held

2. 

3. 

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(X) Referred to Magistrate Judge Bernard Zimmerman for: settlement

(X) CASE CONTINUED TO  April 04, 2008 @ 8:30 a.m.  for  Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____   Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____