**CORRECTED CIVIL MINUTES**\*

**Judge CHARLES R. BREYER**

Date: **January 18, 2008**

**\*C 07-04063 CRB**

**\*ELAINE L. CHAO  v.  MICHAEL POLITO**

Attorneys:     Barbara Matthews                William Thomson

Deputy Clerk: **BARBARA ESPINOZA**         Reporter: _____

**PROCEEDINGS:**                                                    **RULING:**

1. Initial Case Management Conference  -  Held

2. _____

3. _____

**ORDERED AFTER HEARING:**

_____

( ) ORDER TO BE PREPARED BY:   Plntf ____  Deft ____  Court ____

(X) Referred to Magistrate Judge Bernard Zimmerman for:  settlement

(X) CASE CONTINUED TO  April 4, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____      Expert Discovery Cut-Off _____

Plntf to Name Experts by _____      Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial: ( )Jury   ( )Court

Notes: _____