William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California 94551
Tel: (925) 606-6725
Fax: (925) 447-1078

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC. et al.<br><br>            Defendant. | Case No. C07-4063 CRB<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |

ELAINE CHAO, Secretary of Labor, United States Department of Labor, and MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC., through counsel, hereby agree to stipulate to the following:

1.      Defendants' counsel, William D. Thomson, has a conflict on March 11, 2008.

///

///

///

1    2.    The parties agree that the Settlement Conference currently set for March 11, 2008 be

2    continued to April 4, 2008 at 9:00 a.m.

3    **SO STIPULATED:**

4    Dated:    January _28_, 2008            GREGORY F. JACOB
                                             Solicitor of Labor

5

6                                           LAWRENCE BREWSTER
                                            Regional Solicitor

7
                                            DAVID KAHN
8                                           Counsel for ESA Programs

9                                           By: _Norman E Garcia_

10                                          NORMAN E. GARCIA
                                            Trial Attorney

11
                                            UNITED STATES DEPARTMENT OF LABOR
12                                          Attorneys for Plaintiff

13
     Dated:    January 24, 2008
14

15

16                                          By: _____

17                                          William D. Thomson
                                            Attorney for Defendants

18    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19    Dated: _____, 2008

20

21

22                                          _____
                                            Bernard Zimmerman
23                                          United States District Court Judge

24

25

26

27

28
                                                                        *Page 2*
                                            *Stipulation and Order Continuing Settlement Conference*