William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California 94551
Tel: (925) 606-6725
Fax: (925) 447-1078

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC. et al. <br><br> Defendant. | Case No. C07-4063 CRB <br><br> **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

ELAINE CHAO, Secretary of Labor, United States Department of Labor, and MICHAEL POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INC., through counsel, hereby agree to stipulate to the following:

1. The settlement conference before Magistrate Judge Bernard Zimmerman has been rescheduled to April 4, 2008 due to a conflict with scheduling for Defendant's counsel, William D. Thomson.

///

2. The parties agree that the Case Management Conference currently set for April 4, 2008 be continued to April 18, 2008 at 8:30 a.m.

**SO STIPULATED:**

Dated: January 28, 2008

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID KAHN
Counsel for ESA Programs

By: /s/ Norman E. Garcia
NORMAN E. GARCIA
Trial Attorney

UNITED STATES DEPARTMENT OF LABOR
Attorneys for Plaintiff

Dated: January 25, 2008

By: /s/ William D. Thomson
William D. Thomson
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 29, 2008

Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer