1   William D. Thomson, #104968
    Attorney at Law
2   1222 Stealth Street
    Livermore, California 94551
3   Tel: (925) 606-6725
    Fax: (925) 447-1078
4
    Attorneys for Defendant
5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   ELAINE L. CHAO, Secretary of Labor, United          Case No. C07-4063 CRB
12   States Department of Labor,

13                      Plaintiff,                        **STIPULATION AND ORDER CONTINUING
                                                          SETTLEMENT CONFERENCE**
14   vs.

15   MICHAEL POLITO, individually and dba TRI
16   VALLEY CONSTRUCTION COMPANY and
     TRI VALLEY CONSTRUCTION COMPANY,
17   INC. et al.

18                      Defendant.

19

20

21          ELAINE CHAO, Secretary of Labor, United States Department of Labor, and MICHAEL

22   POLITO, individually and dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY

23   CONSTRUCTION COMPANY, INC., through counsel, hereby agree to stipulate to the following:

24          1.      Defendants' counsel, William D. Thomson, has a conflict on March 11, 2008.

25   ///

26   ///

27   ///

28
                                                                                      *Page 1*
                                                   *Stipulation and Order Continuing Settlement Conference*

2.    The parties agree that the Settlement Conference currently set for March 11, 2008 be continued to April 4, 2008 at 9:00 a.m.

**SO STIPULATED:**

Dated:    January 28, 2008

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID KAHN
Counsel for ESA Programs

By: _Norman E Garcia_
NORMAN E. GARCIA
Trial Attorney

UNITED STATES DEPARTMENT OF LABOR
Attorneys for Plaintiff

Dated:  January 24, 2008

By: _____
William D. Thomson
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __January 31st____, 2008

_Bernard Zimmerman_
Bernard Zimmerman
United States District Court Judge

IT IS SO ORDERED
Bernard Zimmerman
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA