# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: April 4, 2008 @ 9:00 a.m.

TIME: 2 hours 15 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| CHAO V. POLITO | C07-4063 CRB (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| Norman Garcia | William D. Thomson | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: SC 05-08

**PROCEEDINGS**

| | | |
|---|---|---|
| ☐ NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| ☐ CONTESTED | ☐ | DISCOVERY CONFERENCE |
| ☐ UNCONTESTED | ☒ | SETTLEMENT CONFERENCE |
| ☐ DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case Settled.

G:\BZALL\-REFS\REFS.08\CHAO MINUTE ORD.wpd