LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for ESA Programs
**NORMAN E. GARCIA**
Trial Attorney
California State Bar Number 215626
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7747
Facsimile: (415) 625-7772
email: garcia.norman@dol.gov

Attorneys for Plaintiff, Elaine L. Chao, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION COMPANY, INCORPORATED, a corporation,<br><br>Defendants. | Case No.: C 07-4063 CRB BZ<br><br>**STIPULATION BY THE PARTIES TO STAY THE CASE PENDING DEFENDANTS' PERFORMANCE UNDER THE SETTLEMENT AGREEMENT** |

Plaintiff, ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("the Secretary"), and Defendants, MICHAEL POLITO, an individual dba TRI VALLEY CONSTRUCTION COMPANY and TRI VALLEY CONSTRUCTION

COMPANY, INCORPORATED, through counsel, hereby agree to stipulate to the following:

1. The parties have entered into a Settlement Agreement requiring Defendants to perform various activities by June 1, 2012.

2. At the conclusion of this performance or earlier, should Defendants fail to perform the various activities specified in the Settlement Agreement, the Secretary will file a Consent Judgment with this Court.

3. The proceeding in this case will be stayed until the Secretary files a Consent Judgment, either by June 30, 2012, or earlier.

**SO STIPULATED:**

Dated: 4/25/08

GREGORY F. JACOB
Solicitor of Labor

LAWRENCE BREWSTER
Regional Solicitor

DAVID M. KAHN
Counsel for ESA Programs

By: *Norman E Garcia*
NORMAN E. GARCIA
Trial Attorney

UNITED STATES
DEPARTMENT OF LABOR
Attorneys for the Plaintiff

Dated: 4/23/08

By: _____
WILLIAM D. THOMSON

1222 Stealth Street
Livermore, California, 94551
Tel. (925) 606-6725
Fax (925) 447-1078

Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____

_____
Charles R. Breyer
United States District Judge