```
 1  LAWRENCE BREWSTER
    Regional Solicitor
 2  DAVID M. KAHN
    Counsel for ESA Programs
 3  NORMAN E. GARCIA
    Trial Attorney
 4  California State Bar Number 215626
    United States Department of Labor
 5  Office of the Solicitor
    90 Seventh Street, Suite 3-700
 6  San Francisco, California 94103
    Telephone: (415) 625-7747
 7  Facsimile: (415) 625-7772
    email: garcia.norman@dol.gov
 8
    Attorneys for Plaintiff, Elaine L. Chao, Secretary
 9  United States Department of Labor
```

10              UNITED STATES DISTRICT COURT FOR THE

11                  NORTHERN DISTRICT OF CALIFORNIA

12

13  ELAINE L. CHAO, Secretary of Labor,   ) Case No.:  C 07-4063 CRB BZ
    United States Department of Labor,    )
14                                         )
                                           ) **CERTIFICATE OF SERVICE FOR**
15            Plaintiff,                   ) **STIPULATION**
                                           )
16       v.                                )
                                           )
17  MICHAEL POLITO, an individual dba     )
    TRI VALLEY CONSTRUCTION               )
18  COMPANY                                )
    and TRI VALLEY CONSTRUCTION           )
19  COMPANY, INCORPORATED, a              )
    corporation,                           )
20                                         )
              Defendants.                  )
21  _____

22       I, the undersigned declarant, hereby say:

23  1.   I am over the age of 18 years and am not a party to this litigation.

24  2.   I am employed in the Office of the Solicitor, attorneys of record herein for the

25       U.S. Department of Labor, at whose direction the service referred to herein was

1  effected.

2  3.  On the date of execution of this Declaration, I caused to be served on each other
3  party to this litigation a true and correct copy of the following:

4  A.  **STIPULATION BY THE PARTIES TO STAY THE CASE PENDING DEFENDANTS' PERFORMANCE UNDER THE SETTLEMENT AGREEMENT.**

7  by depositing in a U.S. Postal Service mailbox located in San Francisco, California, a
8  copy thereof in a sealed, postage-paid envelope addressed to:

9  William Thomson, Esq.
   1222 Stealth Street,
10 Livermore, California  94551

11 I declare, under penalty of perjury, that this Declaration is true and correct and that it was
12 executed on April 25, 2008, San Francisco, California.

           *[signature]*
           Stephanie Stacey
           Legal Assistant